[No. 29743-1-I.   Division One.   June 21, 1993.]

GRANITE STATE INSURANCE COMPANY, *Appellant*, v.
OREGON IRON WORKS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-21793-1, Ricardo S. Martinez, J., entered
August 29, 1991. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Pekelis, A.C.J., and Forrest, J.

[No. 29568-3-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN L.
BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-04001-1, Jim Bates, J., entered October
15, 1991. *Reversed* by unpublished opinion per Grosse, J.,
concurred in by Forrest and Kennedy, JJ.

[No. 28763-0-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. HOWARD T.
SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-00612-0, Norma Smith Huggins, J., entered
June 19, 1991. *Reversed* by unpublished opinion per Agid, J.,
concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 28720-6-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. CLIFTON
EUGENE TURNER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01258-6, Jim Bates, J., entered June 4,
1991. *Reversed* by unpublished opinion per Grosse, J., con-
curred in by Webster, C.J., and Coleman, J.